IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21CR00394-013D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | |
| NOE DE JESUS VEGA, ) | MOTION TO UNSEAL |
| Defendant, ) | |
| v. ) | |
| THE PNC FINANCIAL SERVICES ) GROUP, INC./PNC BANK, ) | |
| Garnishee. ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves to unseal the government's Application for Writ of Garnishment [D.E. #1470], and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [D.E. #1491, 1491-1], and the Answer of Garnishee [D.E. #1511]. In support of this motion, the United States shows unto the Court that the basis for sealing the documents is no longer necessary as service has been made on the Garnishee and the Defendant.

Respectfully submitted this 11th day of March, 2024.

        MICHAEL F. EASLEY, JR.
        United States Attorney

        */s/ Benjamin J. Higgins*
        BENJAMIN J. HIGGINS
        Assistant United States Attorney
        150 Fayetteville Street, Suite 2100
        Raleigh, North Carolina 27601
        Telephone: (919) 856-4043
        Email: benjamin.higgins2@usdoj.gov
        Massachusetts Bar # 690969

CERTIFICATE OF SERVICE

      I do hereby certify that I have this 11th day of March, 2024, served a copy of the foregoing, upon the below-listed parties either electronically or by placing a copy in the U. S. Mail, addressed as follows:

Noe De Jesus Vega
53 Kossuth Street
Apt A-2
Newark, NJ 07105

                MICHAEL F. EASLEY, JR.
                United States Attorney

                */s/ Benjamin J. Higgins*
                BENJAMIN J. HIGGINS
                Special Assistant United States Attorney
                150 Fayetteville Street, Suite 2100
                Raleigh, North Carolina 27601
                Telephone: (919) 856-4043
                Email: benjamin.higgins2@usdoj.gov
                Massachusetts Bar # 690969